UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:13-cv-02473-JSM-MAP (MOODY/PIZZO)

REFLECTIONS WEST HOMEOWNERS' ASSOCIATION, a Florida not-for-profit corporation,

    Plaintiff,

vs.

UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

    Defendant.
_____/

**NOTICE OF COMPLIANCE**

Plaintiff, REFLECTIONS WEST HOMEOWNERS' ASSOCIATION, by and through the undersigned counsel, hereby give notice of compliance with the Order Granting Defendant's Motion for Issuance of Estoppel Certificates [DE 13] in the above entitled action.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF on this 11th day of December, 2013, on all counsel or parties of record on the Service List below.

    /s/ Gian Ratnapala, Esq.
    Florida Bar No.: 97342
    gian@peytonbolin.com
    litigation@peytonbolin.com
    *Attorney for Plaintiff Reflections West Homeowners' Association, Inc.*

    PeytonBolin, PL
    4758 West Commercial Boulevard
    Fort Lauderdale, Florida 33319
    Telephone: (954) 316-1339
    Facsimile: (954) 727-5776

## SERVICE LIST

Steven M. Davis, Esq.
*Attorney for Defendant*
sdavis@bplegal.com