Section 9. <u>Effect of Nonpayment of Assessments; Remedies of the Association</u>. Any assessment not paid within thirty (30) days after the due date shall bear interest from the due date at the rate of eighteen percent (18%) per annum. The Association may bring an action at law or equity against the Owner personally obligated to pay the same or foreclose the lien against the Property. No Owner may waive or otherwise escape liability for the assessments provided for herein for non-use of the Common Area or abandonment of his Lot. All payments shall be applied first to costs and attorney's fees, then to late charges, then to interest, then to delinquent assessments, and then to any unpaid installments of the annual assessments or special assessments which are not the subject matter of suit in order of their coming due.

Section 10. <u>Subordination of the Lien to Mortgages</u>. The lien of the assessments provided for herein shall be subordinate to the lien of any first mortgage. Sale or transfer of any Lot shall not affect the assessment of lien. However, the sale or transfer of any Lot pursuant to mortgage foreclosure, or any of the proceeding which shall extinguish the assessment lien on such Lot by such sale or transfer shall not relieve such Lot Owner from liability for any assessments due for any other assessment thereafter becoming due or from a lien therefor.

Section 11. <u>Mortgagees</u>. Mortgagees are not required to collect assessments.

## ARTICLE VI
## Architectural Control

No residence, building, mailbox, fence, wall, or other structure shall be commenced, erected, painted, or maintained upon the Properties, nor shall any exterior addition to, change, alteration, or repair (other than repairs restoring the exterior of any building located upon the Property to its original appearance and color) therein be made until the plans and specifications showing the nature, kind, shape, height, color, materials and location of the same shall have been submitted to and approved in writing as to harmony of external design and location in relation to surrounding structures and topography by the Board of Directors of the Association or by an Architectural Committee composed of three (3) or more representatives appointed by the Board. In the event said Board or its designated Committee fails to approve or disapprove such design and location within thirty (30) days after said plans and specifications have been submitted to it, approval will not be required and this Article will be deemed to have been fully complied with. All new construction must be fully completed within 180 days from the date of commencement of construction.

## ARTICLE VII
## Use Restrictions

Section 1. <u>Violation</u>. If any person claiming by, through, or under Declarant, or his successors or assigns, or any other person, shall violate or attempt to violate any of the covenants herein, it shall be lawful for the Declarant, the Association, or any Lot Owner to bring any proceeding at law or in equity against the person or persons violating or attempting to violate any such covenants, including actions to enjoin or prevent him or them from so doing, or to cause the violation to be remedies and to recover damages or other monies for such violations. If the party or parties


EXHIBIT "A"