# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REFLECTIONS WEST HOMEOWNERS'
ASSOCIATION,

    Plaintiff,

v.                                           Case No: 8:13-cv-2473-T-30MAP

UNITED STATES SECRETARY OF
HOUSING AND URBAN
DEVELOPMENT,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. #37). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2473 dismiss 37.docx